**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Columbia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | 76 M Inc. | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 52-2140633 | |
| 4. **Debtor's address** | **Principal place of business**<br>3104 Bruce Pl., SE<br>Number   Street<br>Unit 201<br><br>Washington   DC   20020<br>City        State  ZIP Code<br><br>District of Columbia<br>County | **Mailing address, if different from principal place of business**<br>PO Box 26170<br>Number   Street<br><br>P.O. Box<br>Washington   DC   20001<br>City       State  ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number   Street<br>_____<br>_____<br>City       State  ZIP Code |
| 5. **Debtor's website** (URL) | _____ | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **76 M Inc.**
_____
Name

Case number *(if known)* _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
**5311**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
            District _____  When _____  Case number _____
                                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                        MM / DD / YYYY
            Case number, if known _____

---

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **2**

Debtor  76 M Inc.                                           Case number (*if known*)_____
_____Name_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  Alleged conditions that may pose a threat to public health or safety

Where is the property?  6145, 6147 and 6149 Kansas Ave., NE
                        Number      Street

_____

Washington                                    DC          20011
City                                         State       ZIP Code

**Is the property insured?**

☐ No
☑ Yes. Insurance agency  Chenault Insurance

   Contact name  _____
   Phone         _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000          ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  76 M Inc.
_____
Name

Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/02/2024
            MM / DD / YYYY

✘ /s/ Peter Odagbodo                              Peter Odagbodo
Signature of authorized representative of debtor   Printed name

Title  President

**18. Signature of attorney**

✘ /s/ John D Burns                  Date  01/02/2024
Signature of attorney for debtor          MM / DD / YYYY

John D Burns
Printed name
The Burns Law Firm, LLC
Firm name
6305 Ivy Lane, Ste 340
Number        Street
Greenbelt                                 MD        20770
City                                      State     ZIP Code

301-441-8780                              jburns@burnsbankruptcyfirm.com
Contact phone                             Email address

22777                                     MD
Bar number                                State

# **EXHIBIT A TO PETITION**
# **CORPORATE RESOLUTION OF 76 M INC.**

76 M Inc. (the "Corporation") is a District of Columbia registered corporation. A special meeting of the Board of Directors/Officers/Shareholders of 76 M Inc. was conducted on January 2, 2024, at 11:30 am via conference call. The directors/officers/shareholders, Peter Odagbodo and Alice Odagbodo, were both present. The special meeting was called by Peter Odagbodo, President, to discuss the financial condition of the Corporation and to finalize the decision for filing of a Chapter 11 petition in bankruptcy. After a review of the finances of the LLC and a review of pending litigation, the directors/officers/shareholders unanimously approved and authorized the filing of a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Columbia, which is where the Corporation is registered and where the primary assets of the Corporation are located. The President of the Corporation, Peter Odagbodo, shall be authorized to execute such documents and complete such accounts as may be necessary to file and administer said petition.

BE IT RESOLVED THAT, the Board of Directors/Members/Officers of the Corporation hereby authorize the filing of a Chapter 11 petition in the United States Bankruptcy Court for the District of Columbia.

January 2, 2024                                             /s/ Peter Odagbodo
Dated                                                       Peter Odagbodo, President
                                                            76 M Inc.

United States Bankruptcy Court
District of Columbia

In re: 76 M Inc.

Debtor(s)

Case No.

Chapter 11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/02/2024

/s/ Peter Odagbodo
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

**Azzie Jones**
**920 Madison NW, #301**
**Washington, DC 20011**


**Central Collection Unit**
**300 W Preston St**
**Baltimore, MD 21201**


**Cheryle Raynold**
**920 Madison St., NW**
**Unit 103**
**Washington, DC 20011**


**Comptroller of the Treasury**
**301 W. Preston St**
**Room 409**
**Baltimore, MD 21201**


**Courtland Carter**
**920 Madison St., NW**
**Unit 202**
**Washington, DC 20011**


**Davin Chisley**
**920 Madison St., NW**
**Unit 102**
**Washington, DC 20011**


**DC Government – Dept. of Building**
**1101 4th St., SW**
**Ste. W1665**
**Washington, DC 20024**


**DC Office of Tax and Revenue**
**1101 4th Street, SW**
**Suite 5011**
**Washington, DC 20024**

```
DC WASA
5000 Overlook Ave., SW
Washington, DC 20032


DCRA
1101 4th St., SW
Washington, DC 20024


DCRA
441 4th St., NW
Washington, DC 20001


District of Columbia
c/o Matthew W. Meyer, Asst. Attorney Gen
400 6th St., NW
Washington, DC 20001


Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201


DLLR
500 N Calvert St
Baltimore, MD 21202


Duane Jackson
6145 Kansas Ave., Unit 2
Washington, DC 20011


Eleanon Lyonga
920 Madison St., NW
Unit 201
Washington, DC 20011
```

**George Asaah**
**920 Madison St., NW**
**Unit B2**
**Washington, DC 20011**

**Hardy Bank**
**6145 Kansas Ave., Unit 1**
**Washington, DC 20011**

**Hope Mosh**
**920 Madison St., NW**
**Unit 304**
**Washington, DC 20011**

**Ibrahim Lahai**
**6147 Kansas Ave., Unit 3**
**Washington, DC 20011**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**Mana Smite**
**920 Madison St., NW**
**Unit 203**
**Washington, DC 20011**

**Maria Garcia**
**920 Madison St., NW**
**Unit 104**
**Washington, DC 20011**

**Marrian Asaah**
**920 Madison St., NW**
**Unit 302**
**Washington, DC 20011**

**Muluke Meless**
**920 Madison St., NW**
**Unit 101**
**Washington, DC 20011**


**Rita Queen**
**920 Madison St., NW**
**Unit 303**
**Washington, DC 20011**


**Shernise Lee**
**1676 Kramer St., NE**
**Washington, DC 20002**


**Sierra Clark**
**920 Madison St., NW**
**Unit 204**
**Washington, DC 20011**


**State of Maryland – Dept of Assessments**
**301 W Preston St**
**Baltimore, MD 21202**


**U.S Securities and Exchange Commission**
**100 F St NE**
**Washington, DC 20549**


**US Attorney for the  District of Maryland**
**36 S Charles St Fl 4**
**Baltimore, MD 21201**


**US Department of Justice**
**950 Pennsylvania Ave NW**
**Washington, DC 20530**

**Yoshanna Warmly**
**1832 Bryant St., NE**
**Washington, DC 20002**