Signed: October 9, 2025

The below order is entered based upon the endorsement of Debtor's counsel. The remaining endorsements do not comply with LBR 9072-1, but are not necessary for this Order. The Court advises that despite the lapse of appropriations for the government, absent specific order of the Court, all endorsement requirements under LBR 9072-1 are applicable.



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:

76 M, INC.        *    Case No. 24-00003
                  *    (Chapter 11)
**Debtor**

### ORDER GRANTING MOTION TO SHORTEN RESPONSE TIME RE; MOTION TO AMEND AND ALTER ORDER GRANTING MOTION TO CONSOLIDATE HEARING ON PLAN OF REORGANIZATION [Dkt. 191] FOR CONFIRMATION AND ON DISCLOSURE STATEMENT FOR APPROVAL [Dkt. 192] FOR OCTOBER 22, 2025 AT 11:00AM ET BY VIDEOCONFERENCE FOR COMPELLING CIRCUMSTANCES AND TO CONTINUE STATUS CONFERENCE FROM OCTOBER 1, 2025 TO SUCH DATE

UPON CONSIDERATION OF THE Motion to Shorten Response Time RE; Motion to Amend and Alter Order Granting Motion to Consolidate Hearing on Plan of Reorganization [Dkt. 191] For Confirmation And on Disclosure Statement [Dkt. 192] For Approval For October 22, 2025 at 11:00AM ET By Videoconference For Compelling Circumstances And To Continue Status Conference From October 1, 2025 To Such Date (the "Motion"), filed by 76 M, INC. (the "Debtor"), by and through undersigned counsel, John D. Burns, Esquire, and The Burns Law Firm, LLC, it is HEREBY

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the time for response or objection to the Motion to Amend or

Alter Order Granting Motion to Consolidate [Dkt. 204] entered on September 25, 2025 is

REDUCED and SHORTENED to five (5) days ending on October 13, 2025 at 12:00pm ET

with a copy of such response or objection contemporanously served upon counsel for the

Debtor ; and it is further

ORDERED, that the Bankruptcy Court reserves discretion to enter an Order on

the Motion to Amend or Alter the Order Granting the Motion to Consolidate whether a

response or objection is filed following October 13, 2025 12:00pm ET.

**WE ASK FOR THIS:**

*Seen and Consented to:*,
/s/ John D. Burns, Esquire
John D. Burns, Esquire (MD 22777)
The Burns LawFirm, LLC
6305 Ivy Lane; Suite 340
Greenbelt, Maryland 20770
(301) 441-8780
info@burnsbankruptcyfirm.com
Counsel for the Debtor

*No Response Due to Furlough after email to Kristen Eustis*
*And Michael Freeman (relayed from autoemail)*
Counsel to the United States Trustee (MD28984)
Office of the United States Trustee
1725 Duke Street; STE. 650
Alexandria VA 22314
Tel: (703) 557-7227
Kristen.S.Eustis@usdoj.gov
Counsel for United States Trustee


*Seen:*
Nancy L. Alper, Sr. Asst. Attorney General (DC 411324)
Land Acquisition and Bankruptcy Section
400 6TH Street, N.W., 9th Floor
Washington, DC 20001
(202) 724-8122
Nancy.alper@dc.gov

2

*Seen:*
Emil Hirsch, Esq.
EHirsch@carltonfields.com
DC Water and Sewer

cc:     John D. Burns, Esq. #22777
        The Burns Law Firm, LLC
        6305 Ivy Lane, Suite 340
        Greenbelt, MD 20770

Kristen.S.Eustis@usdoj.gov
United States Trustee

Nancy (OAG) Alper (nancy.alper@dc.gov)
D.C. Gov't

Meyer, Matthew (OAG) matthew.meyer2@dc.gov
D.C. Gov't

Hirsch, Emil EHirsch@carltonfields.com
D.C. Water and Sewer

All ECF Recipients

Debtor, 76 M, Inc.

Zupancic, Marty Marty.Zupancic@marcusmillichap.com
Senior Broker, M&M